

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

SHERRI R. CARTER
District Court Executive and
Clerk of Court



2254 ___  1983 ___
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓  ProSe ___

FILED
NOV - 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

November 5, 2007

USDC Southern District of California
Edward J. Schwartz
 United States Courthouse (Clerks Office)
940 Front Street
San Diego, CA 92101

Re:  Transfer of our Civil Case No. __CV07-5971-GW(OP)__

Case Title: __Pamela J Baker v. Deborah Patrick Warden__

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By __Phyllis Lopez__
    Deputy Clerk

cc:  All counsel of record

========================================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: _____

'07CV 2163 L  CAB

Clerk, U.S. District Court

By __R. Miller__
    Deputy Clerk

CV-22 (01/01)                    TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA J. BAKER,<br><br>   Petitioner,<br><br>  vs.<br><br>DEBORAH PATRICK, Warden,<br><br>   Respondent. | Case No. CV 07-5971-GW (OP)<br><br>ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA |

On September 14, 2007, Petitioner Pamela J. Baker ("Petitioner"), filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Pet.").

A petition for writ of habeas corpus may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. See 28 U.S.C. § 2241(d). Petitioner presently is confined at Chowchilla State Prison in Chowchilla, California, which is located in Madera County. Madera County is located within the jurisdictional boundaries of the Eastern District of California. See 28 U.S.C. § 84(b). Moreover, it appears from the face of the Petition that Petitioner is challenging a conviction sustained in the San Diego County Superior Court. (Pet. at 2.) San Diego County is located within the Southern District of California. See 28 U.S.C. § 84(d).

Accordingly, while the Petition could properly have been filed in either the Eastern or Southern Districts of California, it was not properly filed in the Central District of California.

When a habeas petitioner is challenging his underlying conviction or sentence, the district court for the district in which the petitioner was convicted and sentenced is a more convenient forum because of the accessibility of evidence, records and witnesses. As a result, it generally is the practice of the district courts in California to transfer habeas actions questioning state convictions/sentences to the district in which the petitioner was convicted and sentenced. Although two districts have jurisdiction to entertain the current Petition, any and all records, witnesses and evidence necessary for the resolution of Petitioner's contentions are more readily available in San Diego County. See Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Therefore, in furtherance of the interest of justice,

**IT IS ORDERED** that the Clerk of this Court transfer this matter to the United States District Court for the Southern District of California. See 28 U.S.C. § 2241(d).

**IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of this Order upon Petitioner and upon the California Attorney General.

DATED: Oct. 16, 2007

HONORABLE GEORGE H. WU
United States District Judge

Presented by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2

194, CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
CIVIL DOCKET FOR CASE #: 2:07-cv-05971-GW-OP

Pamela J Baker v. Deborah Patrick  
Assigned to: Judge George H Wu  
Referred to: Magistrate Judge Oswald Parada  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/14/2007  
Date Terminated: 10/18/2007  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Pamela J Baker**        represented by  **Pamela J Baker**  
X-15528  
Central California Women's Facility  
P O Box 1508  
Chowchilla, CA 93610-1508  
PRO SE

V.

**Respondent**

**Deborah Patrick**  
*Warden, CCWF*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/14/2007 | 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254) Case assigned to Judge George H Wu and referred to Magistrate Judge Oswald Parada.(Filing fee $ 5.)Fee Due, filed by petitioner Pamela J Baker.(bb) (Entered: 09/20/2007) |
| 09/14/2007 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge George H Wu and referred to Magistrate Judge Oswald Parada to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (bb) (Entered: 09/20/2007) |
| 10/17/2007 | 3 | ORDER by Judge George H Wu,, ORDER by Judge George H Wu transferring case to Southern District of California. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.)(am) (Entered: 10/18/2007) |
| 11/05/2007 | 4 | TRANSMITTAL of documents; transferred documents USDC Southern |

District of California (pj) (Entered: 11/05/2007)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/05/2007 09:25:25 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-05971-GW-OP |
| Billable Pages: | 1 | Cost: | 0.08 |

Pamela J. Baker
NAME

X15528 → CJ12-3-2Low
PRISON IDENTIFICATION / BOOKING NUMBER

CCWF PO Box 1508
ADDRESS OR PLACE OF CONFINEMENT

Chowchilla, CA 93610-1508

NOTE: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address and telephone number.

FILED
CLERK, U.S. DISTRICT COURT
SEP 14 2007
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

FEE DUE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Pamela J. Baker
FULL NAME
(Include name under which you were convicted)
                                    Petitioner,
        v.

Deborah Patrick, Warden, CCWF
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER
                                    Respondent.

CASE NUMBER:
CV- CV07-5971 GW (OP)
To be supplied by the Clerk of the United States District Court

(530)

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION  Madera
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV- _____
CV- _____
CV- _____

(If petitioner is attacking a judgment which imposed a sentence to be served in the *future*, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the *future* under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten, and signed by the petitioner, under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition, except that ONE separate additional page is permitted in answering Question No. 10.

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed in forma pauperis (without paying the $5.00 filing fee and other court costs), then you must also complete and execute the declaration on the last two pages, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Central District of California, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, ATTN: Intake/Docket Section.

A single petition should be used to challenge a particular State Court judgment of conviction and/or sentence.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

DOCKETED ON CM
SEP 20 2007
BY _____ 185

LODGED
CLERK, U.S. DISTRICT COURT
SEP -7 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

CV-69 (07/02)                                                                                              PAGE 1 OF 9

PLEASE COMPLETE THE FOLLOWING: *(Check appropriate number)*

This petition concerns:

1. ☑ A conviction.
2. ☑ A sentence.
3. ☐ Prison discipline.
4. ☐ A parole problem.
5. ☐ Other.

## PETITION

1. Venue
   (a) Place of detention __Central California Women's Facility__
   (b) Place of conviction __San Diego County Superior Court__
   (c) Place sentenced __San Diego County Superior Court__

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked)*.
   (a) Nature of offenses involved *(include all counts)*: __Conspiracy, burglary, recieving stolen property, theft__

   (b) Penal or other code section or sections: __PC 182(a)(1), 459, 460, 487(a), 496, 667(a), 667(b)-(i), 1170.12__

   (c) Case number: __SCN 192576__
   (d) Date of conviction: __12/8/05__
   (e) Date of sentence: __11/1/05__
   (f) Length of sentence on each count: __Ct 2: 8 yrs; Cts 4+5: 2-16 month consecutive terms; Prior: 2-5yr consecutive terms__

   (g) Plea *(check one)*
       ☑ Not guilty
       ☐ Guilty
       ☐ Nolo Contendere

   (h) Kind of trial: *(check one)*
       ☑ Jury
       ☐ Judge only
       ☐ Judge alone on transcript

   (i) Did you testify at the trial?
       ☑ Yes   ☐ No

---

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

CV-69 (07/02)                                                                 PAGE 2 OF 9

3. Did you appeal from the conviction of sentence?
   ☑ Yes   ☐ No

4. If you did appeal, give the following information for each appeal:
   (a) (1) Name of court: Court of Appeal, State of California, 4th Appellate Dist., Div. 1
   (2) Result: Judgment Affirmed in Part, Reversed in Part

   (3) Date of result: 2/20/07
   (4) Citation or number of opinion: D047708
   (5) Grounds raised (list each):
   (a) Petitioner convicted of both recieving and stealing the same property.
   (b) Jury was not instructed properly as to above.
   (c) Trial court abused its discretion under Evidence Code 352
   (d) ⎫
   (e) ⎬ N/A
   (f) ⎪
   (g) ⎭

   (b) (1) Name of court: California Supreme Court
   (2) Result: Petition for Review Denied

   (3) Date of result: ___
   (4) Citation or number of opinion: ___
   (5) Grounds raised (list each):
   (a) ⎫
   (b) ⎪
   (c) ⎬ Same as # 4 (a)(5)
   (d) ⎪
   (e) ⎬
   (f) ⎪
   (g) ⎭

5. If you did not appeal:
   (a) State your reasons   N/A

(b) Did you seek permission to file a late appeal?
☐ Yes  ☑ No

6. Other than a direct appeal, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?
☑ Yes  ☐ No

7. If you answer to 6 was "Yes", give the following information:
   (a) (1) Name of court: San Diego County Superior Court
       (2) Nature of proceeding: Habeus Corpus Petition
       (3) Grounds raised: Cunningham, Double Jeopardy + Invalid Sentence
       (4) Result: Denied
       (5) Date of result: 3/5/07
       (6) Citation or number of any written opinions or orders entered pursuant to each such disposition.
       HC18808
   (b) (1) Name of court: Court of Appeal, 4th District, Division One
       (2) Nature of proceeding: Habeus Corpus Petition
       (3) Grounds raised: Cunningham, Double Jeopardy + Invalid Sentence
       (4) Result: ___
       (5) Date of result: ___
       (6) Citation or number of any written opinions or orders entered pursuant to each such disposition.
   (c) (1) Name of court: ___
       (2) Nature of proceeding: ___
       (3) Grounds raised: N/A
       (4) Result: ___
       (5) Date of result: ___
       (6) Citation or number of any written opinions or orders entered pursuant to each such disposition.

8. Was an evidentiary hearing held?
   ☐ Yes  ☑ No

   If so, state the name of the court, and the result: N/A

9. If your answer to 6 was "No", explain briefly why you did not seek post-conviction relief in the state courts.

   N/A

   CAUTION: *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted as to some grounds, you must first present all other grounds to the state court.

10. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

    CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. (e.g., if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do). A rule of thumb is - who did exactly what to violate your rights at what time or place.

    (a) Ground one: I was convicted of both recieving and stealing the same property.

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): This should invalidate my entire sentence per the ruling in Bean. See Appellant's Opening Brief for further discussion of this issue. I hereby incorporate that document herein by reference.

    (b) Ground two: Jury was not instructed that it could not convict me of both stealing and recieving the same property.

    Supporting FACTS (tell your story BRIEFLY without citing cases or law): Appellant's Opening Brief fully explores this argument and is therefore incorporated herein by reference.

(c) Ground three: The trial court abused its Discretion under Evidence Code 352

Supporting FACTS (tell your story BRIEFLY without citing cases or law): Appellants Opening Brief thoroughly discusses this ground, therefore is incorporated herein by reference.

(d) Ground four: _____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): N/A

11. If any of the grounds listed in 10 were not previously presented to this court or any other court, state briefly which grounds were not presented, and give your reasons: N/A

12. Do you have any petition, appeal or parole matter pending in any court, either state or federal as to the judgment of conviction under attack?
☑ Yes  ☐ No

13. Are you presently represented by counsel?
☐ Yes  ☑ No

If so, provide name, address and telephone number: N/A

Case name and court: Habeus Corpus Petition,

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

*Pamela J Baker*
*Signature of Attorney (if any)*

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on

8-6-07
*Date*

*Pamela J Bailey*
*Signature of Petitioner*

---

## PROOF OF SERVICE

I hereby declare that I am over 18 years of age, a resident in the state of California and (a party) not a party to the within cause of action. That on this date, I did cause a true and correct copy of the Petition For writ of Habens Corpus To be served on the parties to the action by (check appropriate boxes):

☑   depositing same in the U.S. Mail With first class postage prepaid and addressed as follows below:

☑ _____

Addn: Filing Clerk
United States District Court
Central District of California
312 N. Spring St. G-8
Los Angeles, CA 90012-4793

☑ _____

## VERIFICATION

I have read the above statements and do declare upon penalty of perjury that these Statements are true and correct as based upon my information and belief.

Executed on this __8__ day of __August__, 20_07_ at __Chowchilla__, California, pursuant to provisions of code of Civil Procedures §§446 and 2015.5.

x Pamela J Baker
DECLARANT

FILED
CLERK, U.S. DISTRICT COURT
SEP 1 4 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| **PAMELA J. BAKER**<br><br>PLAINTIFF(S)<br><br>V.<br><br>**DEBORAH PATRICK, WARDEN**<br><br>DEFENDANT(S) | **CV07- 5971 GW (OP)** |
| | **NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE**<br>(Petition for Writ of Habeas Corpus) |

Pursuant to General Order 07-02, the within action has been assigned to the calendar of the Honorable George H. Wu, U.S. District Judge. Pursuant to General Order 05-07, the within action is referred to U.S. Magistrate Judge Oswald Parada, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that an evidentiary hearing is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court which may include proposed findings of fact and conclusions of law where necessary or appropriate, and may include a proposed written order or judgment, which shall be mailed to the parties for objections.

Pleadings and all other matters to be called to the Magistrate Judge's attention shall be formally submitted through the Clerk of the Court.

The Court must be notified within fifteen (15) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition with or without prejudice for want of prosecution.

Clerk, U.S. District Court

September 14, 2007        By    JMOORE
_____                  _____
Date                            Deputy Clerk

DOCKETED ON CM
SEP 2 0 2007
BY _____ 185



SHERRI R. CARTER
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-7984

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Friday, September 14, 2007

PAMELA BAKER
X-15528
P.O. BOX 1508
CHOWCHILLA, CA 03610-1508

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV07- 5971 GW (OP)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
   [ ] District Court Judge _____
   [X] Magistrate Judge   **Oswald Parada**_____

at the following address:

[ ] U.S. District Court
    312 N. Spring Street
    Civil Section, Room G-8
    Los Angeles, CA 90012

[ ] Ronald Reagan Federal
    Building and U.S. Courthouse
    411 West Fourth St., Suite 1053
    Santa Ana, CA 92701-4516
    (714) 338-4750

[X] U.S. District Court
    3470 Twelfth Street
    Room 134
    Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: ___JMOORE_____
     Deputy Clerk

CV-17 (01/01)   LETTER re FILING H/C PETITION or 28/2255 MOTION

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**
NOV 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 1983
FILING FEE PAID   Yes ___ No ✓
IFP MOTION FILED   Yes ___ No ___
COPIES SENT TO:
Court ✓  Pro Se ___

**I (a) PLAINTIFFS**
Pamela J. Baker

**DEFENDANTS**
Deborah Patrick, Warden

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Madera
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Pamela J. Baker
PO Box 1508
Chowchilla, CA 93610
X-15528

**ATTORNEYS (IF KNOWN)**
'07 CV 2163 L   CAB

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**28 U.S.C. 2254**

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $ _____

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE  November 9, 2007

SIGNATURE OF ATTORNEY OF RECORD
[signature]