__Pamela J. Baker__
(Petitioner)

__Deborah Patrick, Warden, CCWF__
(Respondent[s])

DECLARATION IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

'07CV 2163 L    CAB

2254    1983

FILING FEE PAID
Yes ___ No ___

IFP MOTION FILED
Yes ✓ No ___

COPIES SENT TO
Court ✓  ProSe ___

FILED
NOV - 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

I, __Pamela J. Baker__, declare that I am the petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?

   ✓ Yes   ☐ No

   (a) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. __Yard Crew, CCWF, P O Box 1508 Chowchilla CA 93610-1508, Per month $30.00, Plus 55% Inmate Restitution__

   (b) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. __N/A__

2. Have you received, within the past twelve (12) months, any money from the following sources:

   (a) Business, profession or form of self-employment?   ☐ Yes   ✓ No
   (b) Rent payments, interest or dividends?   ☐ Yes   ✓ No
   (c) Pensions, annuities or life insurance payments?   ☐ Yes   ✓ No
   (d) Gifts or inheritances?   ✓ Yes   ☐ No
   (e) Any other source?   ☐ Yes   ✓ No

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve (12) months: __Boxes from family members__

3. Do you own any cash, or do you have money in a checking or savings account?
   (Include any funds in prison accounts)

   ✓ Yes   ☐ No

   If the answer is "yes", state the total value of the items owned: __30.00__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property?
   (Exclude ordinary household furnishings and clothing)

   ☐ Yes   ✓ No

   If the answer is "yes", describe the property and state its approximate value: _____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

CV-69 (07/02)                                                                                                    PAGE 8 OF 9

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. __None__

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on

__8-6-07__
Date

__Pamela J Baker__
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ __9.03__ on account to his credit at the __CCWF__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

see Attachment from accounting 2 pages. dtd 8-20-07.

Dated: __9-4-07__

__[signature]__
Authorized Officer of Institution

__CC I__
Title of Officer

```
                CALIFORNIA DEPARTMENT OF CORRECTIONS
                   CENTRAL CALIF WOMEN'S FACILITY
                    INMATE TRUST ACCOUNTING SYSTEM
                    INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JAN. 01, 2007 THRU AUG. 20, 2007

ACCOUNT NUMBER : X15528              BED/CELL NUMBER: C 120300000002L
ACCOUNT NAME   : BAKER, PAMELA       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT       CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE

01/01/2007  BEGINNING BALANCE                                                 0.00

03/06 WD54  INMATE PAYROL  YDW003FEB1                  3.13                   3.13
04/05 WD54  INMATE PAYROL  YDW051MAR                   7.65                  10.78
06/06 WD54  INMATE PAYROL  YDW003JUN1                  9.00                  19.78
06/13 W501  SHIPPING CHAR  0325760556                             3.75       16.03
06/13 W501  SHIPPING CHAR  1240660557                             3.75       12.28
07/10 WD54  INMATE PAYROL  YDWT005JUN                  9.00                  21.28
08/03 WD54  INMATE PAYROL  YDWT005JUL                  9.00                  30.28
08/06 FC03  DRAW-FAC 3     CYARD 1DRW                             30.25       0.03
08/06 DD30  CASH DEPOSIT   MR41 6A576                  9.00                   9.03


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/06/05              CASE NUMBER: SCD192575
COUNTY CODE: SD                       FINE AMOUNT: $ 10,000.00

DATE      TRANS.    DESCRIPTION                  TRANS. AMT.   BALANCE

01/01/2007  BEGINNING BALANCE                                10,000.00
03/08/07  VR54    RESTITUTION DEDUCTION-SUPPORT     3.46-      9,996.54
04/05/07  VR54    RESTITUTION DEDUCTION-SUPPORT     8.50-      9,988.04
06/06/07  VR54    RESTITUTION DEDUCTION-SUPPORT    10.00-      9,978.04
07/10/07  VR54    RESTITUTION DEDUCTION-SUPPORT    10.00-      9,968.04
08/03/07  VR54    RESTITUTION DEDUCTION-SUPPORT    10.00-      9,958.04
08/03/07  DR30    REST DED-CASH DEPOSIT            10.00-      9,948.04

        * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
        * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:          AUG 2 0
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
        TRUST OFFICE

```
                CALIFORNIA DEPARTMENT OF CORRECTIONS
                    CENTRAL CALIF WOMEN'S FACILITY
                    INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: JAN. 01, 2007 THRU AUG. 20, 2007

ACCT: X15825    ACCT NAME: BAKER, PAMELA           ACCT TYPE: I
```

### TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 46.78 | 37.75 | 9.03 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 9.03 |