UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
2007 DEC 18 PM 3:25
CLERK US DISTRICT COURT
Bencivengo SOUTHERN DISTRICT OF CALIFORNIA

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE
FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 12/14/2007
CASE NO.: 07cv2163 L (CAB)    DOCUMENT FILED BY: Petitioner
CASE TITLE: Baker v. Patrick
DOCUMENT ENTITLED: Motion to Dismiss Writ Without Prejudice

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Case closed.** Per Court order of November 15, 2007. |

Date forwarded: 12/14/2007

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: _____

Dated: 12-17-07    By: ML
cc: All Parties

**CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE**

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

United States District Court
Southern District of California

Case No.
CV07-5971 GW (op)

Motion to dismiss
Federal writ without
prejudice

I'm wishing to dismiss my district court Federal writ without prejudice. Because I have failed to exhaust my state judicial remedies with my state Habeas corpus.

Sincerly
Pamela Baker