__Pamela Jane Baker__
PLAINTIFF/PETITIONER/MOVANT'S NAME

__X-15528__
PRISON NUMBER

__CCWF__
PLACE OF CONFINEMENT

__P.O. Box 1508, Chowchilla CA.__
ADDRESS         __93610-1508__

**FILED**
JAN - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

__Pamela Jane Baker__,
Plaintiff/Petitioner/Movant

v.

__Deborah Patrick Warden, CCWF__,
Defendant/Respondent

Civil No. __07CV 2163 L(CAB)__
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, __Pamela J Baker__,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration __California Correction Womens Facility__
   Are you employed at the institution?         ☒ Yes ☐ No
   Do you receive any payment from the institution? ☒ Yes ☐ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☒ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. Yard crew, CCWF P.O. Box 1508 Chowchilla CA. 93610-1508  $36.00 a month, with 55% Inmate Restitution Take Home is $16.00 a month.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. N/A

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment     ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes ☒ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare      ☐ Yes ☒ No
   e. Gifts or inheritances                             ☒ Yes ☐ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. Boxes From Family members

4. Do you have any checking account(s)? ☒ Yes ☐ No
   a. Name(s) and address(es) of bank(s): P.O. Box 1508 Chowchulla CA.
   b. Present balance in account(s): 30.00

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

CALIFORNIA DEPARTMENT OF CORRECTIONS
CENTRAL CALIF WOMEN'S FACILITY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 05, 2007 THRU DEC. 05, 2007

ACCOUNT NUMBER : X15528            BED/CELL NUMBER: C 120300000002L
ACCOUNT NAME   : BAKER, PAMELA     ACCOUNT TYPE: I
PRIVILEGE GROUP: A

### TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 09/05/2007 | | BEGINNING BALANCE | | | | | 6.03 |
| 09/06 | *VD54 | INMATE PAYROL | RASTC54AUG | | 16.20 | | 22.23 |
| 09/07 | FC03 | DRAW-FAC 3 | FAC C 1ST | | | 22.20 | 0.03 |
| 10/04 | *VD54 | INMATE PAYROL | RAST054SEP | | 16.20 | | 16.23 |
| 10/05 | FC03 | DRAW-FAC 3 | FAC C 1ST | | | 16.20 | 0.03 |
| 11/05 | *VD54 | INMATE PAYROL | RASTC54OCT | | 16.20 | | 16.23 |
| 11/06 | FC03 | DRAW-FAC 3 | 2157 FAC-C | | | 16.20 | 0.03 |
| 11/28 | *DD34 | EFT DEPOSIT 0 | 90659 B496 | | 16.92 | | 16.95 |

### * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/08/05              CASE NUMBER: SCD192576
COUNTY CODE: SD                       FINE AMOUNT: $ 10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 09/05/2007 | | BEGINNING BALANCE | | 9,948.04 |
| 09/06/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 18.00- | 9,930.04 |
| 10/04/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 18.00- | 9,912.04 |
| 11/05/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 18.00- | 9,894.04 |
| 11/28/07 | DR34 | REST DED-EFT DEPOSIT | 18.80- | 9,875.24 |

\# THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT #
\# IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.      *

### TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 6.03 | 65.52 | 54.60 | 16.95 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE

16.95

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: **CHECKED DEC 0 5 2007**
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE