ORIGINAL

**NAME:** Pamela J Baker

**PRISON NUMBER:** X-15528 - C512-3-21ow

**CURRENT ADDRESS OR PLACE OF CONFINEMENT:** CCWF P.O. 1508

**CITY, STATE, ZIP CODE:** Chowchilla, CA 93610-1508

FILED
JAN - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Pamela J. Baker,
(FULL NAME OF PETITIONER)
PETITIONER

v.

Deborah Patrick Warden CCWF
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])
RESPONDENT

and

_____,
The Attorney General of the State of California, Additional Respondent.

Civil No **07CV2163 L (CAB)**
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

# FIRST AMENDED
## PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: San Diego County Superior Court
2. Date of judgment of conviction: 12/8/05
3. Trial court case number of the judgment of conviction being challenged: SCD 192576

4. Length of sentence: Ct 2: 8 years. Cts 4+5: 2-16 mo consecutive Terms; Prior 2-5yr consecutive Terms

CIV 68 (Rev. Jan. 2006)

cv

5. Sentence start date and projected release date: 11/1/05 ; To 11-6-2021

6. Offense(s) for which you were convicted or pleaded guilty (all counts): Conspiracy, burglary, recieving stolen property

7. What was your plea? (CHECK ONE)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury ☑
   (b) Judge only ☐

9. Did you testify at the trial?
   ☑ Yes ☐ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☑ Yes ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: Judgment Affirmed in Part, Reversed in Part
    (b) Date of result (if known): 2/20/07
    (c) Case number and citation (if known): D047708
    (d) Names of Judges participating in case (if known) Janet L Kintner
    (e) Grounds raised on direct appeal: Same as #4(A)(5) Petitioner convicted of both recieving and stolen property. Jury was not instructed properly as to above. Trial Court Abused its discretion under evidence code 352

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: Petition for Review denied
    (b) Date of result (if known): June 13, 2007
    (c) Case number and citation (if known): ____
    (d) Grounds raised: Same as #11(e)

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

    (a) Result: _____

    (b) Date of result (if known): _____

    (c) Case number and citation (if known): _____

    _____

    (d) Grounds raised: _____

    _____

    _____

    _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ☒ Yes  ☐ No

15. If your answer to #14 was "Yes," give the following information:

    (a) **California Superior Court** Case Number (if known): _____

    (b) Nature of proceeding: _____

    _____

    (c) Grounds raised: _____

    _____

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☒ No

    (e) Result: _____

    (f) Date of result (if known): _____

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☐ Yes  ☒ No

17. If your answer to #16 was "Yes," give the following information:
    (a) **California Court of Appeal** Case Number (if known): _____
    (b) Nature of proceeding: _____
    (c) Names of Judges participating in case (if known) _____
    _____
    (d) Grounds raised: _____ N/A
    _____
    _____
    (e) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☐ No
    (f) Result: _____
    (g) Date of result (if known): _____

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
    ☐ Yes  ☐ No

19. If your answer to #18 was "Yes," give the following information:
    (a) **California Supreme Court** Case Number (if known): _____
    (b) Nature of proceeding: _____
    _____
    (c) Grounds raised: _____ N/A
    _____
    _____
    _____
    _____
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☐ No
    (e) Result: _____
    (f) Date of result (if known): _____

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the <u>California Supreme Court</u>, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____
_____
_____
_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
    ☒ Yes ☐ No     (IF "YES" SKIP TO #22)
    (a) If no, in what federal court was the prior action filed? _____
      (i) What was the prior case number? _____
      (ii) Was the prior action (CHECK ONE):
         ☐ Denied on the merits?
         ☐ Dismissed for procedural reasons?
      (iii) Date of decision: _____
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
       ☐ Yes ☐ No
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
       ☐ Yes ☐ No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) GROUND ONE: I was convicted of both recieving and stealing the same property

Supporting FACTS: This should dismiss my entire sentence per the ruling in Bean. The court was wrong by sentencing me that. I hereby incorporate that document herein by reference I was found guilty of Count 2 - Residential (conspiracy) Burglary and Count 4 - Recieving Stolen Property as well as count 5 - Grand Theft and count 6 - Recieving Stolen Property The appeals court wisley agreed That count 6 was an improper conviction and reversed that conviction but was silent as the conviction in Count 4. I respectfully request that my conviction on Count 4 be reversed in the interest of Justice and that portion of my sentenced be reversed.

**Did you raise GROUND ONE in the California Supreme Court?**

☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): _____

(2) Case number or citation: _____

(3) Result (attach a copy of the court's opinion or order if available): _____

(b) **GROUND TWO**: Jury was not instructed that it could not convict me of both stealing and recieving the same property

**Supporting FACTS**: The trial court instructed the Jury in the elements of both grand Theft Pen. Code 487 subd (A) And recieving stolen property Pen. code 496. Because I was charged in counts five and six with stealing and recieving the same property the trial Court had a duty to instruct the jury sua sponte that it cannot convict me of both offenses The courts failure to instruct the Jury on this requires reversal of the conviction for recieving stolen property (count six) People v. Black (1990) 222 Cal App 3d 523, 525 People V. Jaramillo, Supra 116 Cal 3d at 760

Did you raise GROUND TWO in the California Supreme Court?
☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): _____

(2) Case number or citation: _____

(3) Result (attach a copy of the court's opinion or order if available): _____

(c) **GROUND THREE**: The Trial court abused its discretion under evidence code Section 352 when it admitted Evidence of ms Baker prior conviction impeachment

**Supporting FACTS**: Over my own objection (4 RT- 43-45; 6B RT 232) The court Allowed the prosecution to impeach me with my two prior convictions one for residential burglary and one for robbery (6B RT 234-235) The prior convictions were admitted solely for the purpose of impeachment The Court ruled pre trial that they were not admissible in the prosecution case in chief. as evidence of my intent or mental state pursuant to Evidence code 1101 subd (b) (4 RT 51; 6B RT 234-235, CT 165) Under The Circumstances of this case, The trial court. Abused its discretion under evidence Code section 352 when it is concluded the prior convictions probative value outweighed There prejudical effect and allowed Their use for impeachment Proposition 8 (Cal. Const. Art I § 28 subd (d) notwithstanding The trial court retains discretion under evidence Code Section 352 to preclude or Limit the use of prior convictions for impeachment (People v Castro (1985) Evidence code 352 refers to The misuse of the evidence This is Prohibited Prohibited

**Did you raise GROUND THREE in the California Supreme Court?**

☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): _____

(2) Case number or citation: _____

(3) Result (attach a copy of the court's opinion or order if available): _____

**(d) GROUND FOUR:** _____

_____

**Supporting FACTS:** _____

_____

_____

_____

N/A

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): _____

(2) Case number or citation: _____

(3) Result (attach a copy of the court's opinion or order if available): _____

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes  ☑ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: _____
    (b) Case Number: _____
    (c) Date action filed: _____
    (d) Nature of proceeding: _____
    (e) Name(s) of judges (if known): _____  N/A
    (f) Grounds raised: _____
    _____
    _____
    _____
    _____

    (g) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☑ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: Lei-Chala␣Wilson law offices of Public defender 233 A Street Suite 300 San Diego CA 92101
    (b) At arraignment and plea: Lei-chala wilson  Same
    (c) At trial: Lei-Chala␣J. Wilson (Phone) 619 338-4834 Law offices of Public defender 233 A Street Suit 300 San Diego CA 92101
    (d) At sentencing: _____
    (e) On appeal: Martha L McGill Attorney at Law
    (f) In any post-conviction proceeding: _____
    (g) On appeal from any adverse ruling in a post-conviction proceeding: _____

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☑ Yes  ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☑ No

   (a) If so, give name and location of court that imposed sentence to be served in the future: _____

   (b) Give date and length of the future sentence: _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes  ☐ No

28. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

29. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

_____January 3rd 2008_____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____1/3/08_____             _____Pamela J. Oakes_____
(DATE)                        SIGNATURE OF PETITIONER

CIV 68 (Rev. Jan. 2006)

-12-

cv

## PROOF OF SERVICE

I hereby declare that I am over 18 years of age, a resident in the state of California and (a party)/not a party to the within cause of action. That on this date, I did cause a true and correct copy of the **First Amended Petition** to be served on the parties to the action by (check appropriate boxes):

☑ depositing same in the U.S. Mail With first class postage prepaid and addressed as follows below:

Attn: Filing Clerk
United States District Court
of California
Southern District of California
880 Front St. Rm 4290
San Diego, CA 92101-8900

☐

## VERIFICATION

I have read the above statements and do declare upon penalty of perjury that these statements are true and correct as based upon my information and belief.

Executed on this **3** day of **January**, 20**08** at **Chowchilla**, California, pursuant to provisions of code of Civil Procedures §§446 and 2015.5.

*Pamela J Baker*
DECLARANT