

```
        UNITED STATES
        DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

      # 147815      - SH
      * * C O P Y * *
       February 20, 2008
          09:09:58


         Habeas Corpus
    USAO #.: 07CV2163
    Amount.:              $5.00 CK
    Check#.: STCA 161-088832



    Total->   $5.00


    FROM: PAMELA BAKER
```